UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAINFREIUSDN LLC, | |
| Plaintiff, | Civil Action No. 24-cv-11741 |
| v. | JURY TRIAL DEMANDED |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**EXHIBIT 2 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this court.

DATED November 14, 2024.

Respectfully submitted,

By: /s/ Pete Wolfgram
Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125