# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAINFREIUSDN LLC,<br><br>                Plaintiff,<br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                Defendants. | Civil Action No. 24-cv-11741<br><br>JURY TRIAL DEMANDED |

## SCHEDULE A – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

DATED November 14, 2024.

                Respectfully submitted,

                By: /s/ Pete Wolfgram
                Pete Wolfgram
                Stratum Law LLC
                2424 E. York St. Ste. 223
                Philadelphia, PA, 19125